IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:11CV3044 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY | ) | |
| ATTORNEYS OFFICE, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (filing no. 1), and a Motion for Leave to Proceed In Forma Pauperis ("IFP") (filing no. 5).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The record indicates that Petitioner paid the $5.00 filing fee on March 30, 2011. (*See* Docket Sheet.) Therefore, Petitioner's Motion for Leave to Proceed IFP is moot.

IT IS THEREFORE ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing no. 5) is denied as moot.

DATED this 5th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge