IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. WOOLMAN, | ) | 4:11CV3044 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the clerk of court's discovery of an unfiled document. On Wednesday, January 30, 2013, the clerk of this court advised me that, on January 24, 2013, a court employee discovered a document entitled "Motion for Appealey" in the desk drawer of an employee who terminated his employment with the clerk's office in September 2012. The document is signed by Petitioner Michael Woolman, is dated August 8, 2011, and is file stamped as August 9, 2011. The document is similar to other documents filed by Petitioner in August 2011, in that it is addressed to the Eighth Circuit Court of Appeals, and appears to have been sent to this court by Petitioner as a notice of filing.

The court has reviewed the document and will order the clerk's office to file it as of August 9, 2011. Because the document is a merely a notice of filing, no action is required by this court.

IT IS THEREFORE ORDERED that: The clerk's office is directed to file the above-referenced document as of August 9, 2011, as a Notice of Filing.

DATED this 31st day of January, 2013.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge